# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-CR-120-MOC-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Vs. | ) **ORDER**<br>) |
| AARON MICHAEL ROBERTS, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Notify Marshal in Advance of Waiver of Appearance. (#51). Having considered the matter, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Notify Marshal in Advance of Waiver of Appearance, (#51), is **GRANTED**. As Defendant explains, he is waiving his right to appear at a court hearing on Defendant's pending Motion to Suppress, scheduled for September 15, 2020. He seeks from the Court an Order making clear that the U.S. Marshal shall not remove Defendant from the Buncombe County Jail Annex in anticipation of the hearing. As Defendant explains, if he is removed from the Annex, his will lose his spot when returned, and he would be required to quarantine for several weeks due to COVID-19. Thus, the Court hereby orders that the U.S. Marshal <u>shall not</u> remove Defendant from the Annex for the hearing scheduled for September 15, 2020, because Defendant is expressly waiving his right to appear at that hearing.

**The Clerk of this Court shall send this Order to the parties and to the U.S. Marshal.**

September 8, 2020

Max O. Cogburn Jr  
United States District Judge