UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cr-120-MOC-DSC-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| AARON MICHAEL ROBERTS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on defendant's Unopposed Motion to Allow Entry of Plea by Videoconference, (Doc. No. 60).

**IT IS HEREBY ORDERED** that the Unopposed Motion to Allow Entry of Plea by Videoconference, (Doc. No. 60), is **GRANTED**, as Defendant has filed a plea agreement, and the Court is satisfied that Defendant has met the requirements of the CARES Act and this Court's Standing Order, No. 3:20-mc-48, Doc. No. 6.

**IT IS SO ORDERED**.

Signed: September 22, 2020

Max O. Cogburn Jr
United States District Judge